IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUZLON INFRASTRUCTURE, LTD., § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-2206 |
| § | |
| DAVID PULK, JESUS BAIZA, § | |
| PROSHIPINE, INC., AND § | |
| E-P TEAM, INC., § | |
| § | |
| Defendants. § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

In accordance with this court's Memorandum and Opinion of even date, this case is stayed and administratively closed pending the related arbitration.

SIGNED on September 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge